AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | Tara Hindelang | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Joshua Hoppe | Telephone: | (313) 226-6400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Robert Charles GLAPINSKI

Case No.

Case: 2:25−mj−30216
Assigned To : Unassigned
Assign. Date : 4/8/2025
Description: RE: ROBERT CHARLES GLAPINSKI (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2026 through April 8, 2025__ in the county of __St. Clair County__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography |
| 18 U.S.C. § 2252A(a)(5)(b) | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Joshua Hoppe, Secret Service
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 8, 2025

_Judge's signature_

City and state: Detroit, Michigan

Honorable David R. Grand, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Joshua Hoppe, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the United States Secret Service (USSS) and have been so employed since December 25, 2005. Prior to becoming a Special Agent, I was employed as an Officer with the United States Secret Service Uniformed Division for two years, where my duties included the enforcement of federal and local laws along with protection of the White House Complex. I am presently assigned to the Detroit Field Office General Crimes Squad, whose purpose is to investigate criminal statutes entitled by 18 U.S.C. § 3056 and assisting the Michigan Internet Crimes Against Children ("ICAC").

2. I completed the Criminal Investigator Training Program (CITP) course at the Federal Law Enforcement Training Center, and the USSS Special Agent Training Course (SATC) course. In CITP I received overall knowledge and understanding of federal criminal law, execution of search warrants, and seizure of evidence. While at SATC I received training in protection, execution of search warrants to seize items of evidence from residences, communication providers, and electronic

1

devices, such as cell phones and computers specific to USSS statutes under 18 U.S.C. § 3056.

3. The facts in this affidavit come from my personal observations, interviews conducted by myself and/ or other law enforcement agents, review of relevant police reports, information from others who have personal knowledge of the events, circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## **PROBABLE CAUSE**

4. On March 5, 2025, a detective trooper with Michigan State Police received a Cyber-Tip from the National Center for Missing and Exploited Children. The Cyber-Tip was submitted by Google. Google reported child pornography was stored in the Google Chat of a user. Google provided NCMEC with account information for the Google user:

- Name: Robert Glapinski
- Mobile Phone: 810-XXX-X783
- Email address: ChinacatXXXXXXXXX2021@gmail.com
- Email address: aspenXXXXXXX@netscape.net

5.     The detective trooper reviewed the files in the NCMEC tip and confirmed that the files contained child sexually abusive material (CSAM) and met the federal definition of child pornography.

6.     The detective trooper submitted a search warrant to Google on March 11, 2025, for subscriber information for ChinacatXXXXXXXXX2021@gmail.com. Google advised the email address "chinacatXXXXXXXXX2021@gmail.com" belonged to a ROBERT GLAPINSKI. Google provided additional information regarding the email account.

7.     In response to the search warrant, Google also provided approximately 18 additional files of CSAM from the ChinacatXXXXXXXXX2021@gmail.com account. The detective trooper viewed all the files and confirmed that the files met the federal definition of child pornography. The files included:

- A one minute and six second video that depicts what appears to be a nude prepubescent female, approximately 6-9 years old, in a shower with a nude adult male. The adult male holding the child is penetrating the child vaginally, while kissing her.
- A 37 second video that depicts what appears to be a partially nude, prepubescent, female child, approximately 10-12 years in age, who is digitally penetrating her vagina.

3

- An image that depicts what appears to be a nude, prepubescent, female child approximately 4-6 years in age, who is lying on a bed. A nude adult male is forcing his penis inside the female child's mouth.
- An image that depicts what appears to be a nude, prepubescent, female child, approximately 4-7 years in age, who is lying on a bed. A nude adult male is vaginally penetrating the child with his penis.

8. Also, Google provided 144 chats with another user, in which ChinacatXXXXXXXXX2021@gmail.com talks about sexually abusing his purported daughters and sharing child pornography. Some of the chats included:

- Chinacat XXXXXXXXX2021: (sends image of an individual he indicated was his daughter, dressed in a t-shirt and shorts, which has GPS coordinates attached, placing the location of the picture taken in Capac, MI.)
- Chinacat XXXXXXXXX2021: "My best friend."
- Chinacat XXXXXXXXX2021: "she is very sexxxxy."
- Chinacat XXXXXXXXX2021: "very tight."
- ChinacatXXXXXXXXX2021: "great ass."
- ChinacatXXXXXXXXX2021: Shares a photo of an individual purported to be his daughter with finger paint on her fingers
- The other user: "do you get to fuck them all"
- ChinacatXXXXXXXXX2021: (shares a photo of two individuals purported to be his two daughters sitting on a rock ledge in summer dresses.)
- ChinacatXXXXXXXXX2021: "yes… Thankfully."
- The other user: "So lucky"
- The other user: "How can I get some really young"
- ChinacatXXXXXXXXX2021: "ill try to find some videos on my home computer for up."

4

- ChinacatXXXXXXXXX2021: "it is not easy."

9. On April 8, 2025, investigators from the USSS and the Michigan State Police Internet Crimes Against Children (ICAC) Task Force executed a federal search warrant on GLAPINSKI's residence in Mussey, MI. GLAPINSKI was present during the time of the search and spoke with investigators. GLAPINSKI stated that he has viewed images of minors as young as 1 year old over the past 20 years, including this past weekend (April 5th and 6th) displayed in sexual poses or sexual acts. GLAPINSKI, when questioned about how he acquires CSAM, stated that he has used search engines such as Bing and Google, using search terms including "young girls" and "preteen." GLAPINSKI confirmed his phone number is (810) XXX-X783. GLAPINSKI also confirmed that email address ChinacatXXXXXXXXX2021@gmail.com was his. GLAPINSKI additionally stated that the desktop computer located in the residence was a device he used to view CSAM.

10. Onsite previews of GLAPINSKI's devices located in the residence were conducted by investigators. Files of CSAM were observed on a desktop computer found during the search.

11. Based on the information contained herein, there is probable cause to believe that GLAPINSKI committed violations of 18 U.S.C. §§ 2252A(a)(1) (transportation of child pornography) and 2252A(a)(5)(b) (possession of child pornography). Accordingly, I ask the Court to issue a criminal complaint and arrest warrant.

Respectfully submitted,

Joshua Hoppe, Special Agent
United States Secret Service

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date: April 8, 2025

6